Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.                                              Crim. No. 3:99CR00042-003/RV

CHRISTOPHER ALAN BROWN

    On October 22, 1999, the above named was placed on Supervised Release for a period of 3 years which term commenced on October 10, 2003. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Christopher Alan Brown be discharged from Supervised Release.

Respectfully submitted,

*[signature]*
Donna D. Easterling
U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  22  day of  December , 2005

*[signature]*
Roger Vinson
Senior U.S. District Judge

05 DEC 22  PM 4: 26

FILED